JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

July 9, 2026

Application Granted. Defendants' motion(s) shall be filed by **August 17, 2026**. The Government's response shall be filed by **August 31, 2026**. Defendants' reply shall be filed by **September 9, 2026**. The status conference currently scheduled for August 4, 2026, is adjourned to **September 15, 2026, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and September 15, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow the parties time to produce and review discovery and for the Defendants to evaluate whether to file any pretrial motions and to file any such motions. It is hereby ORDERED that the time between today and September 15, 2026, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 41.
Dated: July 10, 2026
New York, New York

**Re: *United States v. Obaid et al.*, 26 Cr. 155 (LGS)**

Dear Judge Schofield:

This letter is respectfully submitted to request an additional 30-days by which to file any pretrial motions currently due July 17, 2026, and a corresponding extension of the deadlines for oppositions and replies to be filed. The Government and counsel for co-defendant Nashwan Obaid have no objection to this request. The parties also request an adjournment of the August 4, 2026, status conference to the week beginning August 31, 2026 or to a date thereafter convenient for the Court.

The undersigned is scheduled to begin a trial in Queens Supreme Criminal Term on July 13, 2026, in the matter *People v. Tyrone Price*, IND-02065-03. The trial is expected to last approximately three weeks. The requested extension will permit counsel to continue to review the discovery in this matter and submit any motions of behalf of Mr. Obaid while discussing a possible resolution with the Government.

The parties consent to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration.

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Obaid*

c.c. All Counsel of Record (By ECF)