JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

September 9, 2026

By ECF

Hon. Lorna G. Schofield
District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted. The status conference currently scheduled for September 15, 2026, is adjourned to **October 20, 2026, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and October 20, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and October 20, 2026, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket numbers 43 and 44.
Dated: September 10, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: *United States v. Obaid et al.*, 26 Cr. 155 (LGS)**

Dear Judge Schofield:

This letter is respectfully submitted to request that the conference currently scheduled for September 15, 2026, be adjourned for 30-days or to a date convenient for the Court and the parties. The undersigned has been conferring with the Government regarding a disposition in this matter and we would appreciate the additional time requested to continue our negotiations. Additionally, I will be out of the country for the next three-weeks on a family matter and co-defendant counsel has also informed the parties that he too will be away over the next two-weeks.

We have conferred with the Government, and the Government has no objection to this request.

The parties consent to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration.

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Obaid*

c.c. All Counsel of Record (By ECF)