**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 19, 2026

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Nashwan Obaid et al.*, 26 Cr. 155 (LGS)**

Dear Judge Schofield:

The parties jointly write to respectfully request an adjournment of approximately three weeks of the status conference currently scheduled for tomorrow at 10:30 a.m. The requested adjournment will allow counsel for defendant Yahya Obaid and the Government to continue to discuss a pretrial resolution of this matter, and for the Court to accept defendant Nashwan Obaid's anticipated change-of-plea.[1] All defense counsel consent to this request.

The Government further requests, with the defendants' consent, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the rescheduled conference date. As discussed above, the requested exclusion of time will permit the parties to discuss and finalize potential dispositions of the case. The ends of justice served by the requested exclusion therefore outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

Application Granted. The status conference previously scheduled for October 20, 2026, is adjourned to **November 10, 2026, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and November 10, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and November 10, 2026, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket numbers 46.

Dated: October 20, 2026
New York, New York

cc: All counsel of record (by ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

[1] Defendant Nashwan Obaid is scheduled to appear for a change-of-plea proceeding before Magistrate Judge Parker tomorrow at 9:30 a.m.