UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, -against- NASHWAN OBAID, Defendant. | 26 Cr. 155-01 (LGS) SCHEDULING ORDER |

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Nashwan Obaid's sentencing hearing will be held on **February 9, 2027**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **January 19, 2027**. The Government's pre-sentencing submission, if any, shall be filed by **January 22, 2027.**

Dated: October 29, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE